IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-CV-01109-JBT

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.
_____/

## NOTICE OF FILING DOCUMENTS

Attached hereto for filing in the above-captioned case are the depositions of Thomas Kafka, Laressa Berman, Janice Connell and James Bellflower in support of Defendant's Motion for Final Summary Judgment and Memorandum of Law.

## CERTIFICATE OF SERVICE

We hereby certify that on July 25th, 2014, a true and correct copy of the foregoing was sent via First Class Mail to the following: Laressa Berman, 303 Augusta Circle, St. Augustine, Florida 32086.

    /s/ Todd T. Springer
    Todd T. Springer, Esq.
    Fla. Bar No. 178410
    tspringer@ls-law.com
    Luks, Santaniello, Petrillo & Jones
    301 W. Bay Street, Suite 1050
    Jacksonville, Florida 32202
    Telephone: (904) 791-9191
    Facsimile: (904) 791-9196
    Luksjax-pleadings@ls-law.com

2

                                      Paul S. Jones, Esq.
                                      Fla. Bar No. 149550
                                      psj@ls-law.com
                                      Luks, Santaniello, Petrillo & Jones
                                      255 South Orange Avenue, Suite 750
                                      Orlando, Florida 32801
                                      Telephone: (407) 540-9170

TRV-17995J/325