FILED

**United States District Court
Middle District of Florida
Jacksonville Division**

2014 AUG -1  AM 10: 44

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Lareesa Berman – *pro se*
        Plaintiff

v.                                Case No.3:13-cv-01109-J-JBT

Thomas A. Kafka,
        Defendant
_____/

## NOTICE OF FILING DOCUMENTS

Attached hereto for filing in the above captioned case is Plaintiff, Lareesa Berman's Cross-Motion for Summary Judgment

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2014, a true and correct copy of the foregoing was send via U.S. Mail to Todd Springer, undersigned counsel for Thomas Kafka at 301 W. Bay St. Suite 1050 Jacksonville, FL 32202

                                              Respectfully submitted by
                                              Lareesa Berman
                                              303 Augusta Circle
                                              St. Augustine, Fl 32086

_____