UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAREESA BERMAN,

    Plaintiff,

v.                                       CASE NO. 3:13-cv-1109-J-JBT

THOMAS A. KAFKA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the following:

1. Defendant's Motion for Summary Judgment (Doc. 97) and Plaintiff's Response thereto (Doc. 111);
2. Plaintiff's Motion for Summary Judgment (Doc. 106) and Defendant's Response thereto (Doc. 113);
3. Plaintiff's Motion to Strike Selected Exhibits to Defendant's Response to Plaintiff's Motion for Summary Judgment (Doc. 114);
4. Defendant's Motion for Leave to File a Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. 115) and Plaintiff's Response thereto (Doc. 118); and
5. Plaintiff's Motion for Leave to File a Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment (Doc. 116).

For the reasons set forth herein, all Motions are due to be **DENIED**.

As a preliminary matter, the Court has reviewed all of the Motions and determines that the requested reply briefs are not necessary.[1] Therefore, the

---

[1] It appears both parties are routinely seeking to file replies. They should not do so.

parties' respective motions to file replies (Docs. 115 & 116) will be denied. Additionally, the Court finds it unnecessary to strike any of Defendant's exhibits filed in response to Plaintiff's Motion for Summary Judgment because the challenged exhibits do not affect the Court's analysis regarding that motion. Therefore, Plaintiff's motion to strike exhibits (Doc. 114) will be denied.

As for the parties' Motions for Summary Judgment (Docs. 97 & 106), the Court finds that each must be denied because genuine issues of material fact exist. The closest argument presented by either party for summary judgment is Defendant's claim that he is immune from any potential liability resulting from the two allegedly libelous statements pursuant to Florida's litigation privilege. However, even as to this argument, the Court finds that material issues of fact remain regarding at least: 1) whether the two statements are sufficiently related to judicial and/or quasi-judicial proceedings for purposes of any privilege and, if so, 2) whether one or both statements are entitled to absolute or qualified immunity, and 3) if the applicable immunity is only qualified, whether the statements were made with malice.

Accordingly, it is **ORDERED**:

The Motions (**Docs. 97, 106, 114, 115, 116**) are **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, on September 29, 2014.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Pro Se Party

Counsel of Record