DJS:ddc

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:  3:13-cv-01109-UATC-JBT

LAREESA BERMAN,

    Plaintiff(s),

vs.

THOMAS A. KAFKA,

    Defendant(s).
_____/

## NOTICE OF SERVING SECOND PROPOSAL FOR SETTLEMENT
## TO PLAINTIFF FROM DEFENDANT

Defendant, THOMAS A. KAFKA, by and through their undersigned attorney, hereby notifies the Court of the serving of Second Proposal for Settlement this date to Plaintiff.  The proposal is made pursuant to and under the procedures, limitations and benefits set forth in §768.79, Florida Statutes and Florida Rules of Civil Procedure Rule 1.442.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via Electronic Mail and US First Class Mail to all counsel of record on the attached Service List, this 3rd day of October, 2014.

LUKS, SANTANIELLO,PETRILLO & JONES
Attorneys for Defendant
301 W. Bay Street, Suite 1050
Jacksonville, FL  32202
Telephone:  (904) 791-9191
Facsimile:  (904) 791-9196


By:     */s/ TODD T. SPRINGER*
         DANIEL J. SANTANIELLO, B.C.S.
         Florida Bar No.: 860948
         TODD T. SPRINGER
         Florida Bar No.:  0178410
         LUKSJAX-Pleadings@LS-Law.com


**SERVICE LIST**

Lareesa Berman, Pro Se
303 Augusta Circle
St. Augustine, FL 32086