IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-CV-01109-JBT

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.
_____/

## **DEFENDANT'S WITNESS LIST**

COMES NOW, Defendant, THOMAS A. KAKFA, by and through undersigned counsel, hereby submits his Witness List as required pursuant to 3.06, Local Rules, Middle District of Florida and this Court's Case Management and Scheduling Order dated April 12, 2011. The witnesses Defendant may call at trial are as follows:

1. Thomas A. Kafka
   c/o Todd T. Springer, Esq.
   301 W. Bay Street, Suite 1050
   Jacksonville, Florida 32202

2. Julie Kafka
   3630 N. Spring Hill Drive
   Janesville, Wisconsin 53545

3. James Bellflower
   31300 Blue Star Highway
   Midway, Florida 32343

4. Janice Connell
   5409 Debbie Drive
   Tallahassee, Florida 32310

    5.     Lora Katsavrias
         1620 South Palmetto Avenue, #209
         Daytona Beach, Florida 32119

## CERTIFICATE OF SERVICE

We hereby certify that on October 30, 2014, a true and correct copy of the foregoing was sent via U.S. Mail to the following: Laressa Berman, 303 Augusta Circle, St. Augustine, Florida 32086.

                                                __/s/ Todd T. Springer_____
                                                Todd T. Springer, Esq.
                                                Florida Bar No. 178410
                                                Paul S. Jones, Esq.
                                                Florida Bar No. 149550
                                                Luks, Santaniello, Petrillo & Jones
                                                301 W. Bay Street, Suite 1050
                                                Jacksonville, Florida 32202
                                                Telephone:  (904) 791-9191
                                                Facsimile:  (904) 791-9196
                                                tspringer@ls-law.com; psj@ls-law.com
                                                Luksjax-pleadings@ls-law.com

TRV-17995J/