IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:  3:13-CV-01109-JBT

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.

_____/

**DEFENDANT'S MOTION FOR COURT TO TAKE JUDICIAL NOTICE AND PREVENT TESTIMONY AND EVIDENCE REGARDING CHRIS BERMAN'S OWNERSHIP OF TRIFECTA GAMING USA, INC.**

    Defendant, THOMAS A. KAFKA, by and through undersigned counsel, pursuant to this Court's Case Management and Scheduling Order as well as the applicable Federal and Local Rules of Civil Procedure, hereby serves Defendant's Motion for Court to Take Judicial Notice and Prevent Testimony and Evidence Regarding Chris Berman's Ownership of Trifecta Gaming USA, Inc. and states as follows:

    1.    Defendant anticipates Plaintiff to attempt to introduce evidence through testimony or documents stating that Chris Berman is and was the owner of Trifecta Gaming USA, Inc.  However, pursuant to the settlement agreement previously reviewed by this Court in <u>Christopher A. Berman vs. Thomas A. Kafka and Julie A. Kafka</u>, Case Number 3:10-cv-718-J-32MCR, which is under seal, it is Defendant's contention that such a claim can no longer be made.

2. Specifically, all remedies to Chris Berman regarding enforcement of that Agreement have been exhausted. Mr. Berman refused to sign the Agreement. However, it was recommended by United States Magistrate Judge, Monte C. Richardson on February 6, 2012, that the Agreement be binding upon the parties and effective according to its terms even without his signature. (Doc. #116 in the case noted above). If it was appealed the Agreement would become effective fourteen days after the return of the Appeal's mandate affirming the Order without modification. (Doc. #116 in the case noted above). On April 24, 2012, United States District Judge Timothy Corrigan entered an Order adopting the Report and Recommendations of the Magistrate Judge. (doc. 125 in the case noted above.) On May 9, 2013, the United States Court of Appeals for the Eleventh Circuit Affirmed the District Court's judgment with regard to Mr. Berman's appeal. (doc. #136 in the case noted above). On October 6, 2014, the United States Supreme Court denied certiorari regarding Chris Berman's challenging the validity of the above mentioned Settlement Agreement. (Doc. #138 in the case noted above). On October 8, 2014, the United States Court of Appeals for the Eleventh Circuit noted the Supreme Court's denial of certiorari and stated no further action would be taken by that Court. (doc. #138 in the case noted above.).

3. As a result, Defendant asks this Court to take judicial notice of the denial of certiorari by the United States Supreme Court and of the Order issued by United States District Judge Timothy Corrigan pursuant to Federal Rule of Evidence 201. A court may take judicial notice of another court's order. United States vs. Jones, 29 F.3d 1549 (11th Cir. 1994).

4. Defendant further requests this Court review the Settlement Agreement which is under seal and prevent Plaintiff from entering evidence or making arguments that Chris Berman was and is the owner of Trifecta Gaming USA, Inc.

WHEREFORE, Defendant, Thomas A. Kafka respectfully requests this Honorable Court enter an Order Granting his Motion to take Judicial Notice and Prevent Testimony regarding Chis Berman's Ownership of Trifecta Gaming USA, Inc.

### CERTIFICATE OF SERVICE

We hereby certify that on October 30, 2014, a true and correct copy of the foregoing was sent via First Class Mail to the following: Laressa Berman, 303 Augusta Circle, St. Augustine, Florida 32086.

/s/ Todd T. Springer
Todd T. Springer, Esq.
Fla. Bar No. 178410
tspringer@ls-law.com
Luks, Santaniello, Petrillo & Jones
301 W. Bay Street, Suite 1050
Jacksonville, Florida 32202
Telephone: (904) 791-9191
Luksjax-pleadings@ls-law.com

Paul S. Jones, Esq.
Fla. Bar No. 149550
psj@ls-law.com
Luks, Santaniello, Petrillo & Jones
255 South Orange Avenue, Suite 750
Orlando, Florida 32801
Telephone: (407) 540-9170

TRV-17995J/454