IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-CV-01109-JBT

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.
_____/

### DEFENDANT'S PROPOSED VOIRE DIRE QUESTIONS

1. Has anyone ever applied for or received unemployment compensation benefits?

   a. If yes, did your experience cause you to have an opinion either good or bad regarding the process of applying for or receiving benefits?

   b. If yes, have you ever been involved in an unemployment compensation appeal?

   c. Did your experience cause you to have an opinion either good or bad regarding the process of dealing with the unemployment appeal?

   d. What was your impression of the dealing with the State?

2. You see that Mr. Kafka has retained counsel in this case. Will anyone hold it against Mr. Kafka because he has hired counsel to defend him in this matter and the Plaintiff is representing herself??

3. Has anyone owned a business?

   a. If yes, did your business have employees?

      b.      Did you have any dealings with the Department of Economic Opportunity for unemployment compensation benefits?

      c.      Describe those dealings and your impression of the process. If so, what was it?

4.      Has anyone worked in the human resources department for a company?

      a.      If yes, how would you describe that experience?

      b.      Did you have any dealings with the Department of Economic Opportunity for unemployment compensation benefits?

      c.      Describe those dealings and your impression of the process. If so, what was it?

5.      Has anyone owned more than one business at a time?

      a.      If yes, were the businesses related in any way either through the products or services sold or otherwise?

      b.      Were you the sole owner of each business?

      c.      Could the monies brought in from each business go towards the expenses of the other since you were the owner of both?

      d.      Did you have any dealings with the Department of Economic Opportunity for unemployment compensation benefits?

      e.      Describe those dealings and your impression of the process.

6.      Has anyone been involved in a lawsuit where they represented themselves?

      a.      If so, describe your experience, either good or bad.

      b.      Will anyone give her an automatic advantage because she is representing herself?

## **CERTIFICATE OF SERVICE**

We hereby certify that on October 30, 2014, a true and correct copy of the foregoing was sent via First Class Mail to the following: Laressa Berman, 303 Augusta Circle, St. Augustine, Florida 32086.

/s/ Todd T. Springer
Todd T. Springer, Esq.
Fla. Bar No. 178410
tspringer@ls-law.com
Luks, Santaniello, Petrillo & Jones
301 W. Bay Street, Suite 1050
Jacksonville, Florida 32202
Telephone: (904) 791-9191
Luksjax-pleadings@ls-law.com

Paul S. Jones, Esq.
Fla. Bar No. 149550
psj@ls-law.com
Luks, Santaniello, Petrillo & Jones
255 South Orange Avenue, Suite 750
Orlando, Florida 32801
Telephone: (407) 540-9170

TRV-17995J/455