IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-CV-01109-JBT

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.

_____/

    _____Evidentiary
     ++ \_\_\_Trial
    _____Other

# EXHIBIT LIST
(**Defendant, Thomas A. Kafka**)

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit | Objection |
|---|---|---|---|---|---|
| 1 | | | | 5/29/09 Decision of Appeals Referee | |
| 2 | | | | 10/21/09 Order of Unemployment Appeals Commission | |
| 3 | | | | 11/24/09 – Letter from Kafka to Agency | |
| 4 | | | | 11/25/09 – Agency Dismissal Without Prejudice | |
| 5 | | | | 12/15/09 – Letter from Kafka to Agency | |
| 6 | | | | 12/21/09 – Recision Decision | |
| 7 | | | | 12/30/09 – Letter from Kafka to Agency | |
| 8 | | | | 1/18/10 – Letter from Chris Berman to Agency | |
| 9 | | | | 2/11/10 – Agency Notice of Continuance | |

| | | | | | |
|---|---|---|---|---|---|
| 10 | | | | 3/9/10 – Agency Dismissal without Prejudice | |
| 11 | | | | 3/25/10 – Letter from Kafka to Agency | |
| 12 | | | | 3/26/10 – Letter from Kafka to Agency | |
| 13 | | | | 8/10/10 – Agency Recision Decision | |
| 14 | | | | 8/20/10 – Agency Notice of Reinstated Decision | |
| 15 | | | | 8/16/10 – Letter from Chris Berman to Agency | |
| 16 | | | | 2/11/11 – Decision of Appeals Referee | |
| 17 | | | | 9/16/11 – Order of Unemployment Appeals Commission | |
| 18 | | | | 9/16/11 – Notice of Order | |
| 19 | | | | Hudson Valley Bank Records | |
| 20 | | | | Department of State Division of Corporation Records | |
| 21 | | | | 2005 – 1099 Chris Berman | |
| 22 | | | | 2006 – W-2 Chris Berman | |
| 23 | | | | 2007 – W-2 Chris Berman | |
| 24 | | | | Records from Yonkers Racing Corporation | |
| 25 | | | | Application to Marry | |
| 26 | | | | Warranty Deed for Plaintiff's home | |
| 27 | | | | Continuous Marriage Affidavit | |
| 28 | | | | Payroll checks from Maitland Furniture to Chris Berman | |
| 29 | | | | Checks from Maitland Furniture to Trifecta Gaming USA | |
| 30 | | | | SunTrust Business Account Signature Cards | |
| 31 | | | | Plaintiff's Responses to Defendant's Interrogatories | |
| 32 | | | | Plaintiff's Responses to Defendant's Request for Admissions | |
| 33 | | | | Fair Grounds Race Course and Slot Registration Form | |
| 34 | | | | 6/8/07 – Electronic mail from Chis Berman | |

| 35 | | | | 7/13/07 – Purchase Agreement | |
| --- | --- | --- | --- | --- | --- |
| 36 | | | | Maitland Furniture Invoice to Pike Company | |
| 37 | | | | 6/16/06 – Purchase order to Gulfstream Park | |
| 38 | | | | SunTrust Checks to Chris Berman | |
| 39 | | | | 9/22/11 – Electronic mail to Janice Connell | |
| 40 | | | | Document to Janice Connell with alleged libel per se | |
| 41 | | | | 10/13/11 – Agency Automated non-monetary worksheet | |
| 42 | | | | 10/17/11 – Agency Notice of Determination | |
| 43 | | | | 8/10/11 – 8/16/11 - Electronic Mails between Kafka and James Bellflower | |
| 44 | | | | 4/28/07 – Letter from Chris Berman to Yonkers Racing | |
| 45 | | | | Letter from Plaintiff requesting retraction and apology | |
| | | | | | |