IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-CV-01109-JBT

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.
_____/

## DEFENDANT'S STATEMENT OF NATURE OF THE ACTION

Plaintiff, Lareesa Berman has sued Defendant, Thomas A. Kafka for libel per se regarding statements published to James Bellflower and Janice Connell of the Department for Economic Opportunity which claims resulted in damage to her reputation. Defendant, Thomas A. Kafka denies that the statements were defamatory and asserts that the statements were privileged, substantially true made with good motives and/or pure opinion. Defendant further contests the damages claimed.

## CERTIFICATE OF SERVICE

We hereby certify that on October 30, 2014, a true and correct copy of the foregoing was sent via First Class Mail to the following: Laressa Berman, 303 Augusta Circle, St. Augustine, Florida 32086.

    /s/ Todd T. Springer
    Todd T. Springer, Esq.
    Fla. Bar No. 178410
    tspringer@ls-law.com

        Luks, Santaniello, Petrillo & Jones
        301 W. Bay Street, Suite 1050
        Jacksonville, Florida 32202
        Telephone:  (904) 791-9191
        Luksjax-pleadings@ls-law.com

        Paul S. Jones, Esq.
        Fla. Bar No. 149550
        psj@ls-law.com
        Luks, Santaniello, Petrillo & Jones
        255 South Orange Avenue, Suite 750
        Orlando, Florida 32801
        Telephone: (407) 540-9170

TRV-17995J/453