AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

U.S. District Court- Middle     DISTRICT OF     Florida, Jacksonville Division

Lareesa Berman

V.

Thomas Kafka

**EXHIBIT AND WITNESS LIST**

Case Number: 3:13-cv-01109-JBT

| PRESIDING JUDGE<br>Jole B. Toomy | PLAINTIFF'S ATTORNEY<br>None- Pro se Lareesa Berman | DEFENDANT'S ATTORNEY<br>Todd Springer |
|---|---|---|
| TRIAL DATE (S)<br>11/17/2014-11/21/2014 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/30/2014 | | | Tax filing docuemnts to the IRS for Trifecta Gaming with Afadavit for 2006. 2007 |
| 2 | | 10/30/2014 | | | Chrecks from 2006 and 2007 showing transfers of funds from Trifecta Gaming to Maitland Furn. |
| 3 | | 10/30/2014 | | | Signature chard from SunTrust Bank to open account for Trifecta Gaming in May, 2004 |
| 4 | | 10/30/2014 | | | Articles of incorp. from SunBiz for Trifecta Gaminging first filed, July 2004 |
| 5 | | 10/30/2014 | | | Depostion testimony of Sheri Cobb |
| 6. | | 10/30/2014 | | | Artlicles of incorporation for Maitland Furniture, Inc. |
| 7 | | 10/30/2014 | | | Fraudlent 2008 filing for homestead exemp.for Thomas and Julie Kafka- Volusai County Tax Off. |
| 8 | | 10/30/2014 | | | Investgation docs. by Volusia County Tax Off. of Thomas and Julie Kafka for homestead fraud |
| 9 | | 10/30/2014 | | | Copy of check for fees and penalties for filing false homestead exemp. for Thomas and Julie Kafka |
| 10 | | 10/30/2014 | | | Letter stating the Thomas Kafka is to be subpoenaed before a fed. grand jury |
| 11 | | 10/30/2014 | | | Assessment of Thomas Kafka's home in Janesville Wi. with date of purchase |
| 12 | | 10/30/2014 | | | list of properties and businesses owned by Thomas Kafka |
| 13 | | 10/30/2014 | | | Copy of Thomas Kafka's Florida drivers license (with information redacted) |
| 14 | | 10/30/2014 | | | filingss to Fl. Dept. of State, Div. of Corp. for Trifecta Gaming |
| 15 | | 10/30/2014 | | | Copy of Fla. Dept. State Div. Corp. warning the filing of false documents is a felony |
| 16 | | 10/30/2014 | | | Plaintiffs exhib. Corrispondence to James Bellflower and Janice Connell showing libel of plantiff |
| 17 | | 10/30/2014 | | | Copies of altered e-mails of doc 16, libelous corrispondence deleing the phrase Maitland Furniture |
| 18 | | 10/30/2014 | | | copies of libelous e-mails in various fonts |
| 20 | | 10/30/2014 | | | Order from the Fla. UAC showning decision for Maitland Furn. vacated as of Oct. 9, 2009. |
| 21 | | 10/30/2014 | | | Order from Fla. UAC finding in favor of C. Berman: Order date is final as of Sept. 9, 2010 |
| 22 | | 10/30/2014 | | | Notice of determination showing no misconduct for C. Berman dated 2/18/2009 |
| 23 | | 10/30/2014 | | | Kafka appeal showing Maitland Furniture only |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

V.

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 24 | | 10/30/2014 | | | Final order for Fla. UAC of Aug. 20, 2010 finding in C. Berman's favor |
| 25 | | 10/30/2014 | | | Affadavit of award of back UAC benefits to plaintiff's husband (c. Berman) |
| 26 | | 10/30/2014 | | | Kafka corrispndence to DEO for inquiry into request for benefits fraud investigation |
| 29 | | 10/30/2014 | | | Final order of decsion on benefits fraud allowing Kafka 30 days with a Fla. DCA to appeal |
| 30 | | 10/30/2014 | | | Rules of DEO and Workforce Inovation for filing an appeal |
| 31 | | 10/30/2014 | | | copy of Fla. S. 443.041(3) statute for unemployment appeal communications |
| 32 | | 10/30/2014 | | | Deposition testimony for Thomas Kafka including but not limited for impeachment |
| 33 | | 10/30/2014 | | | Deposition testimony of Sheri Cobb for ut not limited to impeachment |
| 34 | | 10/30/2014 | | | Depositon testimony of James Bellflower and Janice Connell of the DEO |
| 35 | | 10/30/2014 | | | Deposition testimony of Lora Katsaverias for but not limited to impeachment |
| 36 | | 10/30/2014 | | | History of Lora Katsaverias's evictions, lawsuits, and arrests (court docs, Volusia County) |
| 37 | | 10/30/2014 | | | Lora Katsaverias payroll checks and time cards |
| 38 | | 10/30/2014 | | | Copy of Plaintiff's husband's petiition to disolve Trifecta Gaming for fraud- Voluisa County Cir Ct. |
| 39 | | 10/30/2014 | | | Order denying motion to dismiss defendant's motion to dismiss petiton to disolve Trifecat Gaming |
| 40 | | 10/30/2014 | | | Plaintiff husband's trademark filing for Trifecta Gaming |
| 41 | | 10/30/2014 | | | Defendant's opposition to trademark filing for Trifecta Gaming |
| 42 | | 10/30/2014 | | | Cease and dissist letter to Thomas Kafka for Trifecta Gaming |
| 43 | | 10/30/2014 | | | Plaitiff's demand for appology from Defendant before filing suit |
| 44 | | 10/30/2014 | | | Kafka e-mail of 2009 asking for account information. |
| 45 | | 10/30/2014 | | | Termination letter for Maitland Furniture for C. Berman |
| 46 | | 10/30/2014 | | | Termination letter for Trifecta Gaming for C. Berman |
| 48 | | 10/30/2014 | | | C. Berman's response letters to exhib. 45 and 46 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

V.

**EXHIBIT AND WITNESS LIST**

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 49 | | 10/30/2014 | | | All initial disclousers made by defendant |
| 50 | | 10/30/2014 | | | All exhibits from plaintiff's cross motion for summary judgment |
| 51 | | 10/30/2014 | | | Response from Hudson Valley Bank |
| 52 | | 10/30/2014 | | | Trifecta Gaming v. christopher Berman dismissed for lack of prosecution |
| 53 | | 10/30/2014 | | | First page of Trifecta Gaming v. Christopher Berman stating casue of action |
| 54 | | 10/30/2014 | | | Defenant's response that letter to james Bellflower was a thank you note |
| 55 | | 10/30/2014 | | | Plaintiff's amended complaint |
| 56 | | 10/30/2014 | | | Defendant's response and affirmative defense to amended complaint |
| 57 | | 10/30/2014 | | | Report of Eugene Brunozzi's (defendant's accountant) report from St. of Penn for filing false docs to |
| 58 | | 10/30/2014 | | | e-mail from Todd Springer stating David Vukelja is T. Kafka's personal attorney |
| 59 | | 10/30/2014 | | | Sunbiz corporaate information about Fine Design Custom Cabinets |
| 60 | | 10/30/2014 | | | Defendants second sup. response to plantiff's first request for prod docs |
| 61 | | 10/30/2014 | | | All of defendantproduct of docs and admissions |
| 62 | | 10/30/2014 | | | Docs from IRS showing Trifecta Gaming is a C Corp. |
| 63 | | 10/30/2014 | | | Docs from Sun Biz showing Trifecta Gaming is an S Corp. |
| 64 | | 10/30/2014 | | | Letter from John Perry asist. gen counsel for agency for workforce innovation |
| 65 | | 10/30/2014 | | | Linked -in site for Maitland Furniture and the information contained in it. |
| 66 | | 10/30/2014 | | | 2010 notorized document of the unauthorized use of husband's voice and transcript |
| 67 | | 10/30/2014 | | | Police report from 2010 showing defendant not a Fla. resident, used to document homestead fraud |
| 68 | | 10/30/2014 | | | Voided check and fraudulent W-2 from Maitland Furniture  (shows non-existant "Maitland-Trifecta" |
| 70 | | 10/30/2014 | | | Resolution of fraudlent W-2 from Maitland-Trifecta in plaintiff's huband's favor |
| 71 | | 10/30/2014 | | | all admisstions, production of documents and interogatories from defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

♦AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

            V.

### EXHIBIT AND WITNESS LIST

Case Number:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 72 | | 10/30/2014 | | | Order relieving David Vukelja of the case |
| 73 | | 10/30/2014 | | | All docuemnts dated as 2005 that defendant had produced for an unemployment hearing 5/27/09 |
| 74 | | 10/30/2014 | | | All depo exhibits taken by plaintiff during discovery |
| 75 | | 10/30/2014 | | | all exhibits that were discovered by plaintiff during discovery |
| 76 | | 10/30/2014 | | | Wintess: Sheri Cobb |
| 77 | | 10/30/2014 | | | Witness Thomas Kafka |
| 78 | | 10/30/2014 | | | Witness Christopher Berman |
| 79 | | 10/30/2014 | | | Witness Todd Springer |
| 80 | | 10/30/2014 | | | Witnesses current employees of Maitland-Trifecta |
| 81 | | 10/30/2014 | | | Exhibits for impeachment purposes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages