United States District Court
Middle District of Florida
Jacksonville Division

Lareesa Berman – *pro se*

                    Plaintiff

v.                                                      Case No.3:13-cv-1109-J-JBT

Thomas A. Kafka,

                    Defendant
_____/

## **PLAINTIFF'S ONE PARAGRAPH STATEMENT OF THE CASE**

Pursuant to the Court's Case Management Scheduling Order, Plaintiff Lareesa Berman hereby supplements her Trial Brief with her required one paragraph Statement of the Case.

### PLAINTIFF'S ONE PARAGRAPH STATEMENT OF THE CASE

This is an action for libel per se, a form of libel that courts have deemed so harmful to a person's reputation and character that actual damages do not need to be proven to be awarded compensation. One of the categories of libel per se is to be accused of having committed a felony or a criminal offense. This is especially true in Florida where such a statement is considered as intentional harm, or malice without any additional proof other than the statement was said or written. Defendant Thomas Kafka, has stated in writing and in oral conversation as a fact, that Plaintiff Berman had been proved of embezzling money from his company without any proof other than his own speculation and was done without her knowledge. By the law, to have embezzled money, the Plaintiff would have to have been an employee or held a position of trust with Defendant Kafka's company. She did not; Plaintiff Berman is a nonparty to an unemployment dispute between Plaintiff's husband and Defendant Kafka and his company, Maitland Furniture. Thomas

Kafka stated out of spite and malice that he had proved Plaintiff embezzled money from his company. The investigation of Defendant Kafka's claim of benefits fraud found no fraud had occurred. Plaintiff asserts she was libeled for no other reason than to cause harm to her reputation. Lareesa Berman did not embezzle money from Thomas Kafka's company and it would have been impossible for her to do so as she was never an employee of Thomas Kafka's company. As Thomas Kafka's e-mail, libeling Plaintiff Berman is a matter of public record; Lareesa Berman seeks compensatory, general, and punitive damages against Thomas Kafka for libel per se.

## CERTIFICATE OF SERVICE

Respectfully submitted by
Lareesa Berman
303 Augusta Circle
St. Augustine, Fl 32086

I hereby certify that a true and correct copy of the foregoing was sent on the date set forth below. Dated: October 30, 2014, and sent by US mail to Todd Springer, the undersigned counsel, 301 West Bay St. Suite 1050, Jacksonville, FL 32202.