United States District Court
Middle District of Florida
Jacksonville Division



Lareesa Berman – *pro se*

                         Plaintiff

v.                                                     Case No.3:13-cv-1109-J-JBT

Thomas A. Kafka,

                         Defendant
_____/

## Plaintiff's Voir Dire questions

What is your opinion of an ordinary person representing themselves without a lawyer in court?

Do you have any friends or relatives who are attorneys?

Do you have any negative feelings toward someone from another country that has legally moved to America and has become a U.S. Citizen?

Would you consider a person who had claimed a homestead tax reduction on a rental property and then was found to be not residing there to be trustworthy?

What facts would you need to hear to find in my favor?

Is your name and reputation important to you?

How would you feel if someone stated publicly without your knowledge that he or she had proved you had committed a crime when no such proof existed or no such crime ever happened?

Would you trust the word of a person who is under investigation for not reporting business income to the IRS?

Have any of you ever received unemployment benefits and had your former employer falsely dispute them?

Do any of you own a business and have you ever appealed the awarding of unemployment benefits to a terminated employee?

Have you ever been or do you know anyone who has been defrauded of their business?

Have you ever been the victim of a scam or con?

Do you know the Defendant, his attorneys, or any of the witnesses?

Do you believe someone who has been libeled and falsely accused of a crime should stand up for themselves?

## CERTIFICATE OF SERVICE

Respectfully submitted by
Lareesa Berman
303 Augusta Circle
St. Augustine, Fl 32086

I hereby certify that a true and correct copy of the foregoing was sent on the date set forth below. Dated: October 30, 2014, and sent by US mail to Todd Springer, the undersigned counsel, 301 West Bay St. Suite 1050, Jacksonville, FL 32202.