UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAREESA BERMAN,

    Plaintiff,

v.                                                    CASE NO. 3:13-cv-1109-J-JBT

THOMAS A. KAFKA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court following the parties' pretrial filings (Docs. 131–153) submitted on October 30, 2014. Upon review of the filings, it appears that Defendant has not filed a Proposed Verdict Form or Proposed Jury Instructions as required by the Case Management and Scheduling Order (Doc. 20).[1] However, in the interest of justice, and to assist the Court, the Court will order Defendant to submit the required filings on or before November 5, 2014.

Additionally, the parties have filed numerous motions in limine. (Docs. 133–140, 145, 146.) Given the number of motions and the proximity to trial, the Court will not require written responses to the motions. Instead, the parties should be prepared to briefly argue all motions in limine at the pretrial conference on November 6, 2014.

---

[1] Defendant delivered courtesy copies of his Proposed Verdict Form and his Proposed Jury Instructions to the chambers of the undersigned on October 31, 2014. However, the documents have not been filed, and the Proposed Jury Instructions are incomplete because they contain only preliminary instructions.

Accordingly, it is **ORDERED**:

1. **On or before November 5, 2014**, Defendant shall file a Proposed Verdict Form and Proposed Jury Instructions in accordance with the Case Management and Scheduling Order (Doc. 20).

2. The parties shall be prepared to briefly argue all motions in limine at the pretrial conference on November 6, 2014. Written responses to the pending motions in limine are not required.

3. The Clerk of Court is directed to contact Plaintiff by telephone and inform her of the contents of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, on November 3, 2014.

*[signature]*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Pro Se Party

Counsel of Record