IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-CV-01109-JBT

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.
_____/

## VERDICT FORM

1.    Do you find from the preponderance of the evidence that Defendant, THOMAS A. KAFKA made defamatory statements regarding Plaintiff, LAREESA BERMAN to James Bellflower?

YES_____    NO_____

If you answered NO to Question 1 proceed to Question 4. If you answered YES to Question 1, proceed to Question 2.

2.    Do you find from the preponderance of the evidence the statement was substantially true and made with good motives?

YES_____    NO_____

Proceed to question 3.

3.    Do you find from the preponderance of the evidence that the statement was privileged?

YES_____    NO_____

Proceed to Question 4.

4.Do you find from the preponderance of the evidence that Defendant, THOMAS A. KAFKA made defamatory statements regarding Plaintiff, LAREESA BERMAN to Janice Connell?

YES_____NO_____

If you answered NO to Questions 1 and 4, you should proceed no further except to date and sign the verdict form and return it to the courtroom.  If you answered YES, proceed to Question 5.

5.Do you find from the preponderance of the evidence the statement was substantially true and made with good motives?

YES_____NO_____

Proceed to question 6

6.Do you find from the preponderance of the evidence that the statement was privileged?

YES_____NO_____

If you answered YES to Questions 2 or 3 and Questions 5 or 6, you should proceed no further except to date and sign the verdict form and return it to the courtroom.  If you answered NO to Questions 2 or 3 and Questions 5 or 6, proceed to Question 7.

7.Do you find from the preponderance of the evidence that Plaintiff should be awarded compensatory damages?

YES_____NO_____

If you answered YES, please proceed to Question 8.  If you answered NO to Question 7 please proceed to Question 9.

8.What amount of compensatory damages should be assessed against Defendant, THOMAS A KAFKA.

$_____

Proceed to question 6.

9.Do you find from the preponderance of the evidence that Plaintiff should be awarded nominal damages?

YES_____NO_____

If your answered YES, please proceed to Question 10.  If you answered NO to Question 9, please proceed to Question 11.

10. What amount of nominal damages should be assessed against Defendant, THOMAS A KAFKA.

$_____

Proceed to Question 11

11. Under the circumstances of this case, state whether you find by clear and convincing evidence that punitive damages are warranted against Defendant, THOMAS A. KAFKA?

YES_____        NO_____

If you answered YES, please proceed to Question 12.  If you answered NO, you should not proceed further except to date and sign this verdict form and return it to the courtroom.

12. What amount of punitive damages should be assessed against Defendant, THOMAS A KAFKA.


$_____


SO SAY WE ALL this _____ day of November 2014.


_____

Foreperson




TRV-17995J/420