IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-CV-01109-JBT

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.
_____/

## **VERDICT FORM**

1.    Do you find from the preponderance of the evidence that Defendant, THOMAS A. KAFKA made defamatory statements regarding Plaintiff, LAREESA BERMAN?

YES_____   NO_____

If you answered YES to Question 1, please answer Question 2. If you answered NO, you should not proceed further except to date and sign this verdict form and return it to the courtroom.

2.    Do you find from the preponderance of the evidence the statements substantially true and made with good motives?

YES_____   NO_____

If you answered YES to Question 2, you should not proceed further except to date and sign the verdict form and return it to the courtroom. If you answered NO, please answer Question 3.

3.    Do you find from the preponderance of the evidence that the statements were privileged pursuant to Florida's Litigation Privilege?

YES_____   NO_____

If you answered YES to Question 3, you should not proceed further except to date and sign the verdict form and return it to the courtroom.  Otherwise, please answer Question 4.

4.	Do you find from the preponderance of the evidence that the statements were protected pursuant to a qualified privilege?

YES_____		NO_____

If you answer YES to Question 4, you should not proceed further except to date and sign the verdict form and return it to the courtroom.  Otherwise, please answer Question 5.

5.	Plaintiff is entitled to recover compensatory damages as follows:

a.	Injury to reputation or shame and humiliation


$_____

Proceed to question 6

	6. Under the circumstances of this case, state whether you find the preponderance of the evidence that Defendant, THOMAS A. KAFKA'S primary purpose in making the statements was to indulge ill will, hostility, and an intent to harm Plaintiff, Lareesa Berman in order that punitive damages are warranted.


YES_____		NO_____

If you answered YES, please proceed to Question 7.  If you answered NO, you should not proceed further except to date and sign this verdict form and return it to the courtroom.

7.	What amount of punitive damages should be assessed against Defendant, THOMAS A KAFKA.


$_____


SO SAY WE ALL this _____ day of November 2014.


_____

Foreperson

TRV-17995J/419