**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**LAREESA BERMAN,**

                **Plaintiff,**

**v.**                                             **Case No.  3:13-cv-1109-J-JBT**

**THOMAS A. KAFKA,**

                **Defendant.**

| **Pro Se Plaintiff,** | Lareesa Berman |
| --- | --- |
| **Counsel for Defendant,** | Todd T. Springer, Esquire<br>Paul S. Jones, Esquire |

| **JUDGE** | **Joel B. Toomey**<br>**U. S. Magistrate Judge** | **DATE AND TIME** | 11/6/2014<br>9:34 a.m. - 10:12 a.m. |
| --- | --- | --- | --- |
| **DEPUTY CLERK** | **Tracee Perrotti** | **TAPE/REPORTER** | Digital |

**CLERK'S MINUTES**

**PROCEEDINGS:**           **FINAL PRETRIAL CONFERENCE**

All parties are present in the courtroom.

The Court discusses the possibility of exploring settlement options with the parties.  The Court advises the parties another Magistrate Judge could conduct the settlement conference or he could conduct the settlement conference himself and continue the trial for a short period.

Defendant has no objection to a settlement conference being set in this case.  Plaintiff objects to a settlement conference being set in this case.

The Court will enter an Order setting a settlement conference before the Court or another available Magistrate Judge, and a new final pretrial conference and trial date.

**Order to enter.**