UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAREESA BERMAN,

    Plaintiff,

v.                                      CASE NO. 3:13-cv-1109-J-JBT

THOMAS A. KAFKA,

    Defendant.
_____/

**ORDER RESCHEDULING TRIAL**

**THIS CAUSE** is before the Court following the pretrial conference held on November 6, 2014. After discussing the possibility of settlement with the parties, the Court concluded that the parties have not yet meaningfully engaged in settlement discussions. Therefore, the Court continued the trial set in this case to allow the parties to participate in a settlement conference.

Accordingly, it is **ORDERED**:

1. The trial scheduled to commence before the undersigned on Monday, November 17, 2014, at 9:30 a.m. at the United States Courthouse, Courtroom No. 5A, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida is **CANCELLED**.

2. The trial is **RESCHEDULED** to commence before the undersigned at the same location on **Monday, January 26, 2015, at 9:00 a.m.**

3. The final pretrial conference is scheduled before the undersigned at the same location on **Thursday, January 15, 2015, at 9:30 a.m.**

4.     All case management deadlines and trial orders remain in effect except those modified herein.

5.     United States Magistrate Judge Patricia D. Barksdale will enter a separate order scheduling the settlement conference.

**DONE AND ORDERED** at Jacksonville, Florida, on November 7, 2014.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Pro Se Party

Counsel of Record