UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAREESA BERMAN,

    Plaintiff,

v.                                          CASE NO. 3:13-cv-1109-J-JBT

THOMAS A. KAFKA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Motions In Limine ("Motions") (Docs. 133–140, 145, 146). On November 3, 2014, the Court entered an Order stating that, "[g]iven the number of motions and the proximity to trial, the Court will not require written responses to the motions. Instead, the parties should be prepared to briefly argue all motions in limine at the pretrial conference on November 6, 2014." (Doc. 155 at 1.) However, the trial was continued and the Motions were not argued at the pretrial conference. In light of the continuance, the Court may elect to rule on the Motions in due course without oral argument. Therefore, the parties will be given an opportunity to file written responses to the Motions if they so choose.

    Accordingly, it is **ORDERED**:

    1.    The Motions (**Docs. 133–140, 145, 146**) are **TAKEN UNDER ADVISEMENT**.

2. If either party wishes to file a response to any of the Motions (Docs. 133–140, 145, 146), the party must file the response(s) **on or before December 5, 2014**.

3. The Clerk of Court is directed to contact Plaintiff by telephone and inform her of the contents of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, on November 21, 2014.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Pro Se Party

Counsel of Record