# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**LAREESA BERMAN,**

       **Plaintiff,**

v.                                                                        Case No.  3:13-cv-1109-J-JBT

**THOMAS A. KAFKA,**

       **Defendant.**

---

| **Pro Se Plaintiff,** | Lareesa Berman |
| **Counsel for Defendant,** | Todd T. Springer, Esquire |
| | Paul S. Jones, Esquire |

| **JUDGE** | Joel B. Toomey<br>U. S. Magistrate Judge | **DATE AND TIME** | 2/17/2015<br>9:33 a.m. - 9:48 a.m. |
|---|---|---|---|
| **DEPUTY CLERK** | Tracee Perrotti | **TAPE/REPORTER** | Digital |

## CLERK'S MINUTES

**PROCEEDINGS:**         **FINAL PRETRIAL CONFERENCE**

All parties are present in the courtroom.

Plaintiff's Motion to Enforce the Court's Order of December 9, 2014 (Doc. 176 ) is **DENIED.**

The Court discusses all other pending matters.

The Court instructs parties to submit the jury instructions and verdict forms in electronic Word format to chambers by Friday, February 20, 2015.

Parties advise the Court the trial will last approximately 3 to 4 days.

**Order to enter.**