# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**LAREESA BERMAN,**

          **Plaintiff,**

**vs.**                                                    **Case No. 3:13-cv-1109-J-JBT**

**THOMAS A. KAFKA,**

          **Defendant.**

---

| **Pro Se Plaintiff:** | **Lareesa Berman** |
|---|---|
| **Counsel for Defendant:** | **Todd Springer, Esquire** <br> **Paul S. Jones, Esquire** |

---

| **JUDGE** | Joel B. Toomey <br> U.S. Magistrate Judge | **DATE AND TIME** | 3/9/2016 <br> 9:13 a.m. - 9:41 a.m. <br> Recess <br> 9:54 a.m. - 10:49 a.m. <br> Recess <br> 10:58 a.m. - 12:13 p.m. <br> Recess <br> 1:23 p.m. - 3:01 p.m. <br> Recess <br> 3:32 p.m. - 5:00 p.m. |
|---|---|---|---|
| **DEPUTY CLERK** | Tracee Perrotti | **TAPE/REPORTER** | Shelli Kozachenko |

---

### CLERK'S MINUTES

**PROCEEDINGS:**         **JURY SELECTION/JURY TRIAL**

Rule invoked.

Jury Selection.

Court gave preliminary instructions to the Jury.

Jury Sworn.

[Continued to Page Two]

**Berman v. Kafka**
**Case No.: 3:13-cv-1109-J-JBT**
**Page Two**
_____

Opening statements.

**Plaintiff's Witnesses**
      Thomas Kafka

**Defendant's Exhibits #1, 2, 4, 7, 8, 10A, B, C, 19 A-L, 25, 28,** admitted into evidence, and stipulated to by the parties.

**Plaintiff's Exhibits #1**, **2, 3, 6, 6A**, **10, 22C, 24A, 24B, 25B, 26, 27, 34B, 35, 36, 36A, 37, 38, 42, 42A, 45A, 46, 47, 50, 50A, 50B, 51, 55, 55A, 56, 56A, 58, 59, 59A, 59B, 59C, 61, 64, 64A, 67, 67A, 70** - admitted into evidence, without objection by defense counsel.

**Plaintiff's Exhibits #2A**, **11** - admitted into evidence, with objection by defense counsel.

Court discusses jury instructions with the parties.

Jury recessed, to report back at 8:45 a.m. on Tuesday, March 10, 2015.