# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**LAREESA BERMAN,**

        **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　**Case No. 3:13-cv-1109-J-JBT**

**THOMAS A. KAFKA,**

        **Defendant.**

---

| **Pro Se Plaintiff:** | Lareesa Berman |
|---|---|
| **Counsel for Defendant:** | Todd Springer, Esquire<br>Paul S. Jones, Esquire |

| JUDGE | Joel B. Toomey<br>U.S. Magistrate Judge | DATE AND TIME | 3/10/2015<br>8:59 a.m. - 10:16 a.m.<br>Recess<br>10:30 a.m. - 11:57 a.m.<br>Recess<br>1:05 p.m. - 2:32 p.m.<br>Recess<br>2:48 p.m. - 3:51 p.m.<br>Recess<br>4:05 p.m. - 5:01 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Shelli Kozachenko |

### CLERK'S MINUTES

**PROCEEDINGS:**　　　　　　**JURY TRIAL**

**Defendant's Exhibits - #3, 11, 12, 13, 14A, 14B, 15, 16, 17, 26,** admitted into evidence.

**Plaintiff's Exhibits - #11, 14, 73, 73B, 84, 84A, 85, 85A,** admitted into evidence.

**Plaintiff's Witness:**
    Thomas Kafka
    Sheri Cobb
    Chris Berman
    Lareesa Berman

[Continued to Page Two]

**Berman v. Kafka**
**Case No.: 3:13-cv-1109-J-JBT**
**Page Two**
_____

**Defendant's Witness**
      Janice Connell

Jury recessed, to report back at 8:45 a.m. on March 11, 2015.