# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**LAREESA BERMAN,**

                Plaintiff,

vs.                                              Case No. 3:13-cv-1109-J-JBT

**THOMAS A. KAFKA,**

                Defendant.

---

| **Pro Se Plaintiff:** | Lareesa Berman |
|---|---|
| **Counsel for Defendant:** | Todd Springer, Esquire<br>Paul S. Jones, Esquire |

| JUDGE | Joel B. Toomey<br>U.S. Magistrate Judge | DATE AND TIME | 3/11/2015<br>9:03 a.m. - 9:28 a.m.<br>Recess<br>9:46 a.m. - 11:09 a.m.<br>Recess<br>11:23 a.m. - 12:39 p.m.<br>Recess<br>1:22 p.m. - 1:40 p.m.<br>Recess<br>2:01 p.m. - 3:31 p.m.<br>Recess<br>3:45 p.m. - 4:10 p.m.<br>Recess<br>4:56 p.m. - 5:04 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Shelli Kozachenko |

CLERK'S MINUTES

**PROCEEDINGS:**                 **JURY TRIAL**

**Plaintiff's Witness:**
    Lareesa Berman

Plaintiff rests.

[Continued to Page 2]

Defendant's Rule 50 Motions are **DENIED.**

**Defendant's Witness**
    James William Bellflower, Jr.
    Thomas Kafka

**Defendant's Exhibit - #5, 18A-H, 9 -** admitted into evidence, with objection by Plaintiff.

**Plaintiff's Exhibit 46A** - admitted into evidence, with objection by Defendant.

Defense rests.

Court discusses jury instructions and verdict form with the parties.

**Plaintiff's Rebuttal Witness**
    Lareesa Berman

Defendant's renewed Rule 50 Motions are **DENIED.**

Charge conference held.

Closing arguments.

Court instructs Jury.

Jury begins deliberation.

Jury returns verdict.