# United States District Court
# Middle District of Florida
# Jacksonville Division

Lareesa Berman — *pro se*

               Plaintiff

v.                                    Case No.3:13-cv-1109-J-JBT

Thomas A. Kafka,

               Defendant

_____/

## PLAINTIFF'S WITNESS LIST

COME NOW, Plaintiff Lareesa Berman, pro se and hereby submits her Witness List as required pursuant Local Rule 3.06 of the U.S. District Court for the Middle District of Florida and this Court's Case Management Scheduling Order.

1) Thomas Kafka
3630 No. Spring Hill Drive
Janesville, WI 53545

2) Christopher Berman
303 Augusta Circle
St. Augustine, FL 32086

3) Sheri Cobb
SunTrust Bank
323 Moody Blvd.
Flagler Beach, FL 32136

## <u>CERTIFICATE OF SERVICE</u>

Respectfully submitted by
Lareesa Berman
303 Augusta Circle
St. Augustine, Fl 32086


__/s/ Lareesa Berman__


I hereby certify that a true and correct copy of the foregoing was sent on the date set forth

below.  Dated: February 20, 2015 and sent by electronic mail to Todd Springer, the

undersigned counsel, tspringer@ls-law.com

3/9/15