UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
_____ DIVISION

Plaintiff: Lareesa Berman

Vs.                                                Case no. 3:13-cv-01109-JBT
                                                   _____ Trial

Defendant: Thomas A. Kafka

## Plaintiff's Exhibit List

# EXHIBIT LIST—CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 3-9-2015 | 3-9-2015 | T- Kafka | Affidavit from Defendant's notice of serving answers to plaintiff's first set of interrogatories. |
| 1A | | | T-Kafka | Sworn affidavit from second request for interrogatories |
| 2 | 3-9-2015 | 3-9-2015 | T-Kafka | Letter to withdraw cert. mail |
| 2A | 3-9-2015 | 3-9-2015 | T-Kafka | Cert. Mail receipt |
| 2B | | | T-Kafka | 2nd request for admission P-22 and 24 |
| 2C | | | T-Kafka | Defendant's 5th affirm. defense |
| 3 | 3-9-2015 | 3-9-2015 | T-Kafka | Doc. 5-1 filed in my case by defendant: e-mail Aug. 23, 2013, with identification of D. Vukelja, J. de Paula |
| 4<br>4A<br>4B | | | T-Kafka | Home purchase tax assess. Janesville, Wisconsin<br>Photo 3630 No. Spring hill Drive, Wisconsin<br>Photo Trifecta website |
| 5 | | | T-Kafka | Investigative work sheet |
| 5A | | | T-Kafka | Invest. Work sheet cont. |

# EXHIBIT LIST—CONTINUATION SHEET

| | | | | |
|---|---|---|---|---|
| 6 | 3-9-2015 | 3-9-2015 | T-Kafka | Annual report for 2006 Maitland Furniture |
| 6A | 3-9-2015 | 3-9-2015 | T-Kafka | Annual Report for 2007 Maitland Furniture |
| 7 | | | T-Kafka | Defendant's response to plaintiff's 3rd set of request for production of documents |
| 8 | | | T-Kafka | I-9 form |
| 9 | | | T-Kafka | Defendant's responses to Plaintiff's first request for production of documents # 12 |
| 10 | 3-9-2015 | 3-9-2015 | T-Kafka | Errata sheet |
| 10A | | | T-Kafka | Attach. Of corrections for errata sheet |
| 10B | | | T-Kafka | Letter from T. Springer asst. to court reporter, attaching errata sheet, June 17, 2014 |
| 10B cont. | | | T-Kafka | Letter July 1, 2014 from court reporter notify of errata sheet corrections. |
| 11 | 3-9-2015 | 3-9-2015 | T-Kafka Sheri Cobb | Notarized supp. Reg. frm. produced by defendant from his supp responses to 2nd req. for prod of docs 19. |
| 12 | | | T-Kafka | Original application for Ad velorm Tax Exemption 2008 |
| 13 | | | T-Kafka | Payment homestead tax penalty |
| | | | | |

## EXHIBIT LIST—CONTINUATION SHEET

| | | | | |
|---|---|---|---|---|
| 14 | 3-10-2015 | 3-10-2015 | T-Kafka | Notice of unemployment telephone hearing (Eugene Brunozzi as employer and appellant) |
| 15 | | | T-Kafka | Brunozzi license suspension from June 30 to December of 2008. |
| 16 | | | T-Kafka | W-2 for Chris Berman-2008 |
| 17 | | | T-Kafka | Articles of incorporation for Maitland Furniture |
| 17A | | | T-Kafka | Annual report for 2006 Maitland Furn. |
| 17B | | | T-Kafka | Annual report 2007 Maitland furn. |
| 17C | | | T- Kafka | Annual report for Maitland Furn. 2008 |
| 17D | | | T-Kafka | Statute for corporation. of registered agent and office 48.091 |
| 18 | | | T-Kafka | Unemployment appeal shows Janesville WI for address of Maitland Furniture. |
| 19 | | | T- Kafka | Address for Maitland Imports, PA Active corp. |
| 20 | | | T-Kafka | 2-20-2015 Maitland Imports as an active corporation in PA. |
| 21 | | | T-Kafka | Registration of Maitland-Trifecta in PA in 12/23/2010 |
| 22 | | | T-Kafka<br>C. Berman<br>S.Cobb | Articles of Incorporation certification for Trifecta Gaming |
| 22A | | | T-Kafka | Annual report for Trifecta Gaming in 2008 |

# EXHIBIT LIST—CONTINUATION SHEET

| | | | | |
|---|---|---|---|---|
| 22B | | | T-Kafka | Annual report for Trifecta Gaming for 2009 |
| 22C | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman<br>S. Cobb | Articles of Incorporation with DEO certification |
| 23 | | | T-Kafka | 2014 annual report for Trifecta Gaming USA |
| 24 | | | T-Kafka<br>C. Berman | Opposition to trademark filing date 1/20/2009 |
| 24A | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | Trademark registration information sheet |
| 24B | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | Application for trademark for Trifecta Gaming USA |
| 25 | | | T-Kafka<br>C. Berman | Amended Tax Filing for Trifecta Gaming. For 2007 |
| 25A | | | T-Kafka | Annual report for Trifecta Gaming for 2007 |
| 25B | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | Notice of Determination- no fraud 10/17/11 |
| 25C | | | T-Kafka | 2010 Annual report for Maitland Trifecta |
| 25D | | | T-Kafka | Obituary of Eugene Brunozzi August 14, 2010. |
| 26 | 3-9-2015 | 3-9-2015 | T-Kafka<br>Sheri Cobb<br>C. Berman | Business checking account signature card for SunTrust Bank |
| 27 | 3-9-2015 | 3-9-2015 | T-Kafka | Trifecta Gaming Website shows Lou Faraone as Vice President |
| 28<br>28A<br>22B | | | T-Kafka<br>C. Berman | Letter and affidavit from Lou Faraone<br>Trifecta website for 2-13-09<br>Letter from Annette Popiel |
| 29 | | | T-Kafka | Defendant's response to Plaintiff's second request for production of documents, Number 13 |

## EXHIBIT LIST—CONTINUATION SHEET

| # | | | Witness | Description |
|---|---|---|---------|-------------|
| 30 | | | T-Kafka | Defendant's response to Plaintiff' second set of production of documents request # 10 |
| 31 | | | T-Kafka | Defendant' response to plaintiff's second request for production of documents, Number 14 |
| 32 | | | T-Kafka<br>C. Berman | Chris Berman' cease and desist letter |
| 33 | | | T-Kakfa | Attorney Mark Young cease and desist letter. |
| 34 | | | T-Kafka<br>S. Cobb | Fla. Dept State. Freq. asked questions. |
| 34A | | | T-Kafka | SunBiz questions for Florida Division of corporations compliance with regulations |
| 34B | 3-9-2015 | 3-9-2015 | T-Kafka | Annual report, Fla. Dept of corporations for 2006. |
| 35 | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | Letter of termination from Trifecta Gaming |
| 36 | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | An email from 12/31/2008 from T. Kafka and the response from Chris Berman |
| 36A | 3-9-2015 | 3-9-2015 | | Kafka e-mail on 12/30/08 |
| 37 | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | E-mail from T-Kafka from 1-7-2009 and a reply from Chris Berman on 1-8-2009 |
| 38 | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | Termination letter from Maitland Furniture to Chris Berman (same letter w/DEO stamp) |
| 38 A | | | | |
| 39 | | | T-Kafka | Chris Berman's response to Kafka's Maitland termination letter. |

EXHIBIT LIST—CONTINUATION SHEET

| # | | | | |
|---|---|---|---|---|
| 40 | | | T-Kafka | Defendant's supplemental response to plaintiff's second request for production of documents, Number 18 |
| 41 | | | T-Kafka<br>C. Berman | e-mail from Chris Berman to T. Kafka 1-9-2009 (7:00 AM) |
| 42 and 42A | 3-9-2015<br>3-9-2015 | 3-9-2015<br>3-9-2015 | T-Kafka<br>C. Berman | Notice of determination by AWI for Chris Berman Same notice one was from depo. |
| 43 | | | T-Kafka | Defendant's response to plaintiff's third request for admissions,: #7 |
| 44 | | | T-Kafka | Name change from Maitland Furniture to Maitland Trifecta Feb, 2009 |
| 44A | | | T-Kafka | Events from SunBiz, name change. |
| 45 | | | T-Kafka | Defendant's answer to Plaintiff's first set of interrogatories: Question 8: |
| 45A | 3-9-2015 | 3-9-2015 | | Kafka's Packet A from the DEO |
| 46 | 3-9-2015 | 3-9-2015 | T-Kafka | e-mails from T. Kafka to Janie Connell (3 pages) |
| 46A | 3-11-2015 | 3-11-2015 | T-Kafka | e-mails from T-Kafka from Aug.. 21. 2011 and Sept. 22, 2011. |
| 47 | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | T-Kafka's unemployment compensation appeal of 3-9-09 |
| 48 | | | T-Kafka | Defendant's supplemental response to Plaintiff's second request for production of documents number 17 |
| | | | | |

# EXHIBIT LIST—CONTINUATION SHEET

| # | | | Witness | Description |
|---|---|---|---|---|
| 49 | | | T-Kafka | Defendant's response to plaintiff's first request for admissions Paragraph number 41 |
| 50 | 3-9-2015 | 3-9-2015 | T-Kafka C. Berman | Defendant's packet D to the UAC (unemployment appeals commission) |
| 50A | 3-9-2015 | 3-9-2015 | T-Kafka C. Berman | Trifecta Gaming proposal for Yonkers add-on |
| 50B | 3-9-2015 | 3-9-2015 | T-Kafka C. Berman | Trifecta Gaming proposal for Yonkers add-on |
| 51 | 3-9-2015 | 3-9-2015 | T-Kafka C. Berman | Decision by the UAC which ruled in favor of T-Kafka |
| 52 | | | T-Kafka | Defendant's response to plaintiff's second request for admissions, number 6 ad 7. |
| 53 | | | T-Kafka | Decision by the UAC reversing their decision of May 29, 2009. (Oct. 21,09) |
| 54 | | | T-Kafka | Defendant's response to plaintiff's second request for admissions. Paragraph 2 |
| 55 | 3-9-2015 | 3-9-2015 | T-Kafka | Kafka memo to unemployment appeals stating that he could not attend a telephone hearing (Date: Nov. 24, 2009) |
| 55A | 3-9-2015 | 3-9-2015 | T-Kafka C. Berman | Dismissal without prejudice Nov.25, 2009 |
| 55B | | | T-Kafka C. Berman | Motion for extension of time to respond to discovery. Trademark |
| 56 | 3-9-2015 | 3-9-2015 | T-Kafka C. Berman | EXHIBIT 56A: Dismissal without prejudice March 9, 2010 |
| 56A | 3-9-2015 | 3-9-2015 | T-Kafka C. Berman | August, 20 2010Notice of reinstated decision |
| 57 | | | T-Kafka | Chris Berman's affidavit of receiving all unemployment benefits. |

## EXHIBIT LIST—CONTINUATION SHEET

| # | | | | |
|---|---|---|---|---|
| 58 | 3-9-2015 | 3-9-2015 | T-Kafka | August 10, 2011 e-mail by Kafka to James Bellflower of the DEO. |
| 59 | 3-9-2015 | 3-9-2015 | T-Kafka C. Berman | Libelous letter from Plaintiff's amended complaint |
| 59A | 3-9-2015 | 3-9-2015 | T- Kafka C. Berman | Same letter, response added to amended complaint |
| 59B | 3-9-2015 | 3-9-2015 | T-Kafka | E-mail from Tiffany Hallmark and to Janice Connell and of the DEO with certification stamp. (Bellflower and Kafka) e-mail from Maitland Furniture (CONNELL JANICE) |
| 59C | 3-9-2015 | 3-9-2015 | T-Kafka | From Plaintiff's amended complaint Exhibit D |
| 59D | | | T- Kafka | Same letter as Ex-59C but with DEO certification stamp. |
| 60 | | | T-Kafka | Defendant's answer to plaintiff' first set of interrogatories. This is question number 9 |
| 61 | 3-9-2015 | 3-9-2015 | T-Kafka C. Berman | Letter from Xpress Yourself Publishing to Chris Berman |
| 62 | | | T-Kafka C. Berman | W-2 for Chris Berman: Maitland Trifecta and Maitland Furniture employer's check stop payment |
| 62A | | | T-Kafka C. Berman | Letter from the IRS from Nov. 8, 2013 "We have not resolved this matter as we need more information from Maitland-Trifecta |
| 62B | | | T-Kafka C. Berman | Copy of IRS refund check after resolution of the fraudulent Maitland Trifecta W-2 |

## EXHIBIT LIST—CONTINUATION SHEET

| | | | | |
|---|---|---|---|---|
| 62C | | | T-Kafka | Defendant's response to plaintiff's second request for admissions, number 4 and number 5 |

| | | | | |
|---|---|---|---|---|
| 63 | | | T-Kafka<br>C. Berman | Payment to Chris Berman to settle the case, shows violation and breaching of the settlement agreement that was under seal |
| 64 | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | Notice of Order from State of Fla. Unemployment commission 9-16-2011 |
| 64A | 3-9-2015 | 3-9-2015 | T-Kafka<br>C. Berman | Order of unemployment appeals commission Sept. 16, 2011. |
| 65<br><br>65A<br><br>65B | | | T-Kafka<br><br>C. Berman | E-mail from T-Kafka to Chris Berman (10-3-2008)<br><br>Photo on July 15, 2014<br><br>Maitland Trifecta website |
| 66 | | | T-Kafka | Defendant's responses to plaintiff's Second Request for Admissions # 11 |
| 67 | 3-9-2015 | 3-9-2015 | T-Kafka | Copy of Larysa Berman's payroll checks pre- name change 8-20-06 to 9-19-06 |

| | | | | |
|---|---|---|---|---|
| 67A | 3-9-2015 | 3-9-2015 | T-Kafka | Copy of Lareesa Berman payroll check post name change 9-20-06-10-19-06. |
| 68 | | | T-Kafka | Lora Katsavrias payroll check from Maitland Furniture 12-15-05 |

## EXHIBIT LIST—CONTINUATION SHEET

| # | | | Witness | Description |
|---|---|---|---|---|
| 68A | | | T-Kafka | Lora Katsavrias payroll check from Maitland Furniture 1-11-06 |
| 68B | | | T-Kafka | Lora Katsavrias payroll check from Maitland Furniture 1-20-06 |
| 68C | | | T-Kafka | Lora Katsavrias payroll check from Maitland Furniture 12-29-05 and 1-4-06 |
| 69 | | | T-Kafka | Defendant's notice of serving answers to plaintiff's first set of interrogatories # 10 and #12 |
| 70 | 3-9-2015 | 3-9-2015 | T-Kafka<br><br>S. Cobb<br><br>C. Berman | Copy of a check from Choctaw Nation of Oklahoma: 4/27/07 made payable to Maitland Trifecta Inc. |
| 71 | | | T- Kafka | Defendant's response to Plaintiff's first request for production of documents # 22: |
| 72 | | | T-Kafka<br><br>C. Berman | Trifecta Gaming tax return information for 2006 from the IRS |
| 72A | | | T-Kafka<br><br>C. Berman | Trifecta Gaming tax return information for 2007 from the IRS |
| 72B | | | T-Kafka<br><br>C. Berman | Sworn Affidavit from Chris Berman on having received this tax information for Trifecta Gaming from the IRS |
| | | | | |
| | | | | |
| | | | | |

## EXHIBIT LIST—CONTINUATION SHEET

| | | | | |
|---|---|---|---|---|
| 73 | 3-10-2015 | 3-10-2015 | T-Kafka<br><br>C. Berman | Checks transferred from Trifecta Gaming to Maitland Furniture. 2006 |
| 73A | | | T-Kafka<br><br>C. Berman | A list checks transferred from Trifecta Gaming to Maitland Furniture. 2006 |
| 73B | 3-10-2015 | 3-10-2015 | T-Kafka<br><br>C. Berman | Checks transferred from Trifecta Gaming to Maitland Furniture. 2007 |
| 73C | | | T-Kafka<br><br>C. Berman | A list checks transferred from Trifecta Gaming to Maitland Furniture. 2007 |
| 73D | | | T-Kafka<br><br>C. Berman | Gaps in the check sequence 2006 and 2007 |
| 74<br>74A | | | T-Kafka | Size of 2-$50,000 checks as received in discovery Enlargement of 2- $50,000 checks. |
| 75 | | | T-Kafka<br><br>C. Berman | IRS document showing Trifecta Gaming is registered as C corporation |
| 75A | | | T-Kafka<br><br>C. Berman | Fla. Articles of incorporation show Trifecta Gaming as an S corporation Article 12 |
| 76 | | | T-Kafka<br><br>C. Berman | The enlargement of the signature page of the Trifecta Gaming articles of incorporation. |
| 77 | . | | T-Kafka<br><br>C. Berman | Enlargement of Notary page for 2004 Trifecta Gaming articles of incorporation. |
| 78 | | | T-Kafka<br>C. Berman | Sworn response of notary public Penny Every |
| 78A | | | T-Kafka | Letter from the Office of the Governor, State of Florida notary fraud requesting a sworn written response. |

EXHIBIT LIST—CONTINUATION SHEET

| | | | | |
|---|---|---|---|---|
| 78B | | | T-Kafka<br>C. Berman | Internet complaint form, April 9, 2010 for notary fraud. |
| 78C | | | T-Kafka<br><br>C. Berman | Follow up letter to the office of the governor, notary division. |
| 79 | | | T-Kafka<br><br>C. Berman | Judicial dissolution of Trifecta Gaming filed in 2010 |
| 80 | | | T-Kafka<br><br>C. Berman | Complaint: Trifecta Gaming v. Berman 2010 |
| 81 | | | T-Kafka<br><br>C. Berman | Letter from John R. Perry Assistant General Counsel for AWI- Aug 27, 2010 |
| 82 | | | T-Kafka<br>Sheri Cobb<br>C. Berman | 3rd Amended Initial disclosures by Thomas Kafka- defendant (shows Seri Cobb) |
| 83 | | | T-Kafka<br><br>S. Cobb | Notice of taxes tangible taxes for D.S. Enterprises, Fine Design- 2007 1711 State Ave. Holly Hill. FL |
| 83A<br>83B | | | T-Kafka<br><br>S. Cobb | Sunbiz a reinstatement for Fine Design Custom closets<br><br>Photo of Fine Designs at 1711 State Ave, Holly Hill, FL |
| 83C | | | T-Kafka<br><br>S. Cobb | Tangible property for 2006- Maitland Furniture, 1711 State Ave. Holly hill, FL |
| 83D | | | T-Kafka<br><br>S. Cobb | 2006 Tangible property tax 1711 State Ave, Holly Hill, FL |
| 84A | 3-10-2015 | 3-10-2015 | T-Kafka | Check from Yonkers Racing Corp 12-04-06 |
| 84 | 3-10-2015 | 3-10-2015 | | |

# EXHIBIT LIST—CONTINUATION SHEET

| | | | | |
|---|---|---|---|---|
| 84B | | | T-Kafka | Check from Yonkers Corporation 5-16-07 |
| 84C | | | T-Kafka | Letter from Hudson Valley Bank of April 7, 2014 |
| 84D | | | | April 7, 2014, no check for 2006 |
| 85 | 3-10-2015 | 3-10-2015 | T-Kafka | Check dated Nov. 24, 2006 from Yonkers Racing Corporation |
| 85A | 3-10-2015 | 3-10-2015 | T-Kafka | Check for May 10, 2007 to Chris Berman from Yonkers Racing |
| 85B | | | T-Kafka | Check to Chris Berman from Lukes and Santinello |
| 86 | | | Sheri Cobb | e-mail from Sheri Cobb June 16, 2014 |