RECEIVED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-CV-01109-JBT

2015 MAR -c A 7: 44

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.

_____/

## DEFENDANT'S WITNESS LIST

COMES NOW, Defendant, THOMAS A. KAKFA, by and through undersigned counsel, hereby submits his Witness List as required pursuant to 3.06, Local Rules, Middle District of Florida and this Court's Case Management and Scheduling Order dated April 12, 2011. The witnesses Defendant may call at trial are as follows:

1.    Thomas A. Kafka
    c/o Todd T. Springer, Esq.
    301 W. Bay Street, Suite 1050
    Jacksonville, Florida 32202

2.    Julie Kafka
    3630 N. Spring Hill Drive
    Janesville, Wisconsin 53545

3.    James Bellflower
    31300 Blue Star Highway
    Midway, Florida 32343

4.    Janice Connell
    5409 Debbie Drive
    Tallahassee, Florida 32310

5.    Lora Katsavrias
      1620 South Palmetto Avenue, #209
      Daytona Beach, Florida 32119

## CERTIFICATE OF SERVICE

We hereby certify that on March 9, 2015, a true and correct copy of the foregoing was hand delivered to the following:   Laressa Berman,   303 Augusta Circle, St. Augustine, Florida 32086.

                            __/s/ Todd T. Springer_____
                            Todd T. Springer, Esq.
                            Florida Bar No. 178410
                            Paul S. Jones, Esq.
                            Florida Bar No. 149550
                            Luks, Santaniello, Petrillo & Jones
                            301 W. Bay Street, Suite 1050
                            Jacksonville, Florida 32202
                            Telephone:  (904) 791-9191
                            Facsimile:  (904) 791-9196
                            tspringer@ls-law.com; psj@ls-law.com
                            Luksjax-pleadings@ls-law.com

TRV-17995J/