FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 MAR -0 A 7:44

CASE NO.: 3:13-CV-01109-JBT

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

LAREESA BERMAN,

    Plaintiff(s),

v.

THOMAS A. KAFKA,

    Defendant.
_____/

           _____Evidentiary
           ++___Trial
           _____Other

## EXHIBIT LIST
### (Defendant, Thomas A. Kafka)

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 3-9-2015 | 3-9-2015 | | 5/29/09 Decision of Appeals Referee |
| 2 | 3-9-2015 | 3-9-2015 | | 10/21/09 Order of Unemployment Appeals Commission |
| 3 | 3-10-2015 | 3-10-2015 | | 2/11/09 – Notice of Continuance |
| 4 | 3-9-2015 | 3-9-2015 | | 3/9/10 –Dismissal Without Prejudice |
| 5 | 3-11-2015 | 3-11-2015 | | 3/26/10 – Letter from Kafka to Agency |
| 6 | | | | 2/11/11 – Decision of Appeals Referee |
| 7. | 3-9-2015 | 3-9-2015 | | 9/16/11 – Order Unemployment Appeals Commission |
| 8 | 3-9-2015 | 3-9-2015 | | 9/16/11 – Notice of Order |
| 9 | 3-11-2015 | 3-11-2015 | | 5/10/07 – Check from Hudson Valley Bank |

1

| 10/A | 3-9-2015 | 3-9-2015 | | 2005 Trifecta Gaming Annual Report |
|---|---|---|---|---|
| 10/B | 3-9-2015 | 3-9-2015 | | 2006 Trifecta Gaming Annual Report |
| 10/C | 3-9-2015 | 3-9-2015 | | 2007 Trifecta Gaming Annual Report |
| 11 | 3-10-2015 | 3-10-2015 | | 2005 – 1099 for Chris Berman |
| 12 | 3-10-2015 | 3-10-2015 | | 2006 – W-2 Chris Berman |
| 13 | 3-10-2015 | 3-10-2015 | | 2007 – W-2 Chris Berman |
| 14/A | 3-10-2015 | 3-10-2015 | | 11/24/06 Check received from Yonkers Racinig |
| 14/B | 3-10-2015 | 3-10-2015 | | 5/10/07 – Check received from Yonkers Racing |
| 15 | 3-10-2015 | 3-10-2015 | | Application to Marry |
| 16 | 3-10-2015 | 3-10-2015 | | Warranty Deed |
| 17 | 3-10-2015 | 3-10-2015 | | Marriage Affidavit |
| 18/A - F | 3-11-2015 | 3-11-2015 | | Maitland Furniture Paychecks |
| 19/A - 19/L | 3-9-2015 | 3-9-2015 | | Checks from Trifecta Gaming to Maitland Furniture |
| 20 | | | | Suntrust Bank Signature Card |
| 21. | | | | Plaintiff's Responses to Interrogatories |
| 22/A – 22/B | | | | Plaintiff's Responses and Supplemental Responses to Request for Admissions |
| 23 | | | | Trifecta Gaming Checks to Chris Berman |
| 24 | | | | 9/22/11 – Electronic Mail from Kafka to Connell |
| 25 | 3-9-2015 | 3-9-2015 | | Document to Connell from Kafka Containing Alleged Libel Per Se |
| 26 | 3-10-2015 | 3-10-2015 | | Automated Non-Monetary Worksheet |
| 27 | | | | 10/17/11 – Notice of Determination |
| 28 | 3-9-2015 | 3-9-2015 | | August 2011 Email Chain Between Kafka and |

|    |   |   |   |                                              |
|----|---|---|---|----------------------------------------------|
|    |   |   |   | Bellflower                                   |
| 29 |   |   |   | 4/28/07 Letter from Berman to Yonkers Racing |
| 30 |   |   |   | 8/17/13 – Retraction Letter from Lareesa Berman |