IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:13-CV-01109-JBT

LAREESA BERMAN,

       Plaintiff(s),

v.

THOMAS A. KAFKA,

       Defendant.

_____/

## **VERDICT FORM**

1.    Do you find from the preponderance of the evidence that the statements were substantially true and made with good motives?

YES_____ ╳ _____    NO_____

If you answered YES to Question 1, you should not proceed further except to date and sign the verdict form and return it to the courtroom. If you answered NO, please answer Question 2.

2.    Do you find from the preponderance of the evidence that the statements are protected because they were either substantially true statements of fact, or were statements of opinion based upon true facts adequately disclosed in the publication at issue, assumed to exist by a party exposed to the communication, or known to the audience to whom the publication was made?

YES_____    NO_____

If you answered YES to Question 2, you should not proceed further except to date and sign the verdict form and return it to the courtroom. If you answered NO, please answer Question 3.

3.    Do you find from the preponderance of the evidence that the statements were privileged?

YES_____    NO_____

If you answered YES to Question 3, please answer Question 4. If you answered NO, please answer Question 5.

4.    Do you find from the preponderance of the evidence that Defendant abused the privilege by making the statements with an improper motive?

YES_____    NO_____

If you answered YES to Question 4, please answer question 5. If you answered NO, you should not proceed further except to date and sign the verdict form and return it to the courtroom.

5.    Did Plaintiff sustain any damages as a result of Defendant's defamatory statements?

YES_____    NO_____

If you answered YES to Question 5, please answer Question 6. If you answered NO, please answer Question 7.

6.    Plaintiff is entitled to recover compensatory damages for injury to reputation or health, shame, humiliation, mental anguish, and/or hurt feelings experienced in the past or to be experienced in the future in the amount of:

$_____

Proceed to Question 8.

7.    Plaintiff is entitled to recover nominal damages in the amount of:

$_____

Proceed to question 8.

8.    Under the circumstances of this case, state whether you find by the preponderance of the evidence that Defendant, THOMAS A. KAFKA'S primary purpose in making the statements was to indulge ill will, hostility, and an intent to harm Plaintiff, Lareesa Berman.

YES_____    NO_____

If you answered YES to question 8, please proceed to Question 9. If you answered NO, you should not proceed further except to date and sign this verdict form and return it to the courtroom.

9. What amount of punitive damages should be assessed against Defendant, THOMAS A. KAFKA?

$_____

SO SAY WE ALL this ___11___ day of March 2015.

_____
Foreperson